# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILBERT AYALA, | ) | NO. CV 17-209-KS |
|     Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) ) | |
|     Defendant. | ) | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the Complaint is DISMISSED without prejudice consistent with the provisions of the Memorandum Opinion and Order.

DATE: November 17, 2017

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE